## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-2369-ABJ |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STATUS REPORT

Pursuant to the Court's Minute Order of October 3, 2022, Defendant U.S. Department of Justice ("Defendant") submits the following Status Report.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended.  It concerns a FOIA request made by Plaintiff Judicial Watch, Inc. ("Plaintiff") to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking, *inter alia*, the following:

> Any and all records concerning or relating to the FBI's efforts to discover, recover, retrieve, or find emails or text messages stored on the Datto device, equipment, or hardware referenced in [the first part of the request].

*See* Compl., ECF No. 1.[1]

As reported in prior status reports, the FBI has completed its initial processing of records that would be responsive to this part of Plaintiff's FOIA request.  That initial processing was conducted pursuant to the agreed processing and production schedule discussed in *Judicial Watch v. DOJ*, 16-cv-2046-TSC (D.D.C.) (500 pages to be processed each month).

---

[1] The first part of the original request is no longer at issue.

During its initial processing of the responsive materials, the FBI referred for consultation records originating from or containing the equities of more than a dozen government agencies. As the FBI must await the responses of those other government agencies, the FBI has not been able to adhere to the agreed-upon 500-page processing and production schedule in Case No. 16-cv-2046-TSC with regard to processing records sent for consultation.  As in this case, the parties are reporting to the court in that case on the progress in periodic status reports that reflect the same facts reported to the Court here.  There is no "order in [Case No. 16-cv-2046-TSC] establishing a schedule for the completion of the long-overdue consultations."  Oct. 3, 2022, Minute Order.

The FBI has been making rolling, monthly productions to its electronic FOIA library of the non-exempt portions of responses to the consultation requests as it receives those responses back from other government agencies and completes any final processing, on or before the first Friday of every month.  Since the last status report in the present case, filed on September 8, 2022 (ECF No. 37), the FBI made one production of 6 pages on October 7, 2022.  The FBI is currently conducting final processing of approximately 580 pages that it received back from consultation requests, and anticipates producing the non-exempt, segregable information contained in approximately 99 pages of these records by November 4, 2022, and at least another 300 pages by December 2, 2022.

At present, 1,625 pages remain out on consultation, all to the United States Department of State ("State").  The FBI has been conferring with State regarding a schedule for finalizing its responses to the consultation requests.  Based on those discussions, the FBI believes that it will be able to produce the non-exempt portions of the pages being reviewed by State at a rate of 300 pages each month beginning on January 6, 2023, on or before the first Friday of each month.

Defendant proposes filing a next status report on February 10, 2023.

Dated:  October 28, 2022                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            MARCIA BERMAN
                                            Assistant Branch Director

                                            */s/ Carol Federighi*
                                            CAROL FEDERIGHI
                                            Senior Trial Counsel
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            (202) 514-1903
                                            carol.federighi@usdoj.gov

                                            *Attorneys for Defendant*