IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:16-cv-2369-ABJ |

**STATUS REPORT**

Pursuant to the Court's Minute Order of November 1, 2022, Defendant U.S. Department of Justice ("Defendant") submits the following Status Report.

This matter arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. It concerns a FOIA request made by Plaintiff Judicial Watch, Inc. ("Plaintiff") to the Federal Bureau of Investigation ("FBI"), a component of Defendant, seeking, *inter alia*, the following:

> Any and all records concerning or relating to the FBI's efforts to discover, recover, retrieve, or find emails or text messages stored on the Datto device, equipment, or hardware referenced in [the first part of the request].

*See* Compl., ECF No. 1.[1]

As reported in prior status reports, the FBI has completed its initial processing of records that would be responsive to this part of Plaintiff's FOIA request. During its initial processing of the responsive materials, the FBI referred for consultation records originating from or containing

---

[1] The first part of the original request is no longer at issue.

the equities of more than a dozen government agencies. At present, the only consultation requests outstanding are ones that were sent to the United States Department of State ("State").

The FBI has been making rolling, monthly productions to its electronic FOIA library of the non-exempt portions of responses to the consultation requests as it receives those responses back from State and completes any final processing, on or before the first Friday of every month. Since the last status report in the present case, filed on October 28, 2022 (ECF No. 38), the FBI made the following productions:

(1) November 4, 2022: the FBI processed 99 pages, of which 63 pages were released in full or in part, 28 pages were withheld in full pursuant to FOIA exemptions, and 8 pages were withheld in full as "Other: DoS Reading Room."

(2) December 2, 2022: the FBI processed 307 pages, of which 305 pages were released in full or in part and 2 pages were withheld in full as "Other: DoS Reading Room."

(3) January 6, 2023: the FBI processed 301 pages, of which 285 pages were released in full or in part, 14 pages were withheld in full pursuant to FOIA exemptions, and 2 pages were withheld in full as "Other: DoS Reading Room."

(4) February 3, 2023: the FBI processed 305 pages, of which 164 pages were released in full or in part, 123 pages were withheld in full pursuant to FOIA exemptions, 3 pages were withheld in full as duplicates, and 15 pages were withheld in full as "Other: DoS Reading Room."

The FBI is currently conducting final processing of approximately 312 pages that it received back from State and anticipates producing the non-exempt, segregable information contained in those pages by March 3, 2023.

As of the present date, approximately 551 pages remain to be reviewed by State and returned to the FBI. The FBI has been communicating with State regarding these remaining pages. State has informed the FBI that most of the remaining material presents processing challenges that may make it difficult to maintain the same response sizes as in recent months. However, State will continue to endeavor to process the remaining material as quickly as

possible. In the interim, the FBI is re-reviewing the remaining material to confirm that it is in fact responsive to the request at issue.

Defendant proposes filing a next status report on May 10, 2023.

Dated: February 10, 2023                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Carol Federighi*
CAROL FEDERIGHI
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
(202) 514-1903
carol.federighi@usdoj.gov

*Attorneys for Defendant*